# BARTON

**ATTORNEYS AT LAW**

**MAURICE N. ROSS**
**DIRECT: 212.885.8845**
**MROSS@BARTONESQ.COM**

711 Third Avenue
14th Floor
New York, NY 10017

(212) 687.6262  Office
(212) 687.3667  Fax

bartonesq.com

May 11, 2026

## MEMO ENDORSED

**VIA PACER**

Hon. Edgardo M. Ramos
United States District Court, Southern District of New York
40 Centre Street, Courtroom 619
New York, NY 10007

> **Re:**  *Dumbo Moving & Storage v. Piece of Cake Moving & Storage*
> **Index No. 1:26-cv-01378**

Your Honor:

We write regarding the pre-motion conference scheduled for tomorrow, May 12 at 3:30 PM. Plaintiff DUMBO Moving & Storage Inc. ("DUMBO") intends to file a motion for leave to amend its Complaint, to add two new Plaintiffs: Big Apple Moving & Storage, Inc. and UrBin NYC Inc. The two proposed additional Plaintiffs, like DUMBO, are competitors in the New York moving industry. Accordingly, since DUMBO proposes to file an amended complaint, the Court could reasonably determine that the pre-motion conference scheduled for 3:30 tomorrow should be adjourned as premature.

The conference scheduled for May 12, 2026 is adjourned.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated:  May 11, 2026
New York, New York

Respectfully submitted,

*/s/ Maurice N. Ross*